FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR - 6 2015

CHRISTOPHER A. PRINE
CLERK

Please send
Reporters Records 349 pages
Clerk Index - no charge

162.20 w/ shipping

Please
Send To:

Galvin Dixon - 1812672
Eastham Unit
2665 Prism Rd 1
Lovelady, TX 75851
Case # 01-12-00905 -CR

attn Jesse Rodriguez
Court of Appeals, First District of Texas

301 Fannin Street
Houston, TX 77002 -2066

Tanella Dixon
9514 Oeojano Cir
Houston, Tx 77036

7014 2120 0002 9293 0633

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7014 2120 0002 9293 0633

7014 2120 0002 9293 0633

77C023206S

UNITED STATES
POSTAL SERVICE®

1000        77002        0011522G-07

U.S. POSTAGE
PAID
HOUSTON,TX
77074
MAR 04, 15
AMOUNT.
$3.79

WHN – 0 2015

CHRISTOPHER A. PRINE
CLERK

WHN – 6 2015

CHRISTOPHER A. PRINE
CLERK

WHN – 6 2015

CHRISTOPHER A. THANE
CLERK

1st Court 8 Appeals, First District of TX
301 Fannin Street
Houston, Tx 77002-2066

Jesse Rodergueuon